FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSEPH BAUM on behalf of himself and
all other similarly situated consumers

                      Plaintiff,

      -against-

ABILITY RECOVERY SERVICES LLC

                      Defendant.

---

Case No.    1:17-cv-05799-ARR-JO

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       January 24, 2019

                                        /s/ Maxim Maximov
                                        Maxim Maximov, Esq.
                                        Maxim Maximov, LLP
                                        Attorney for the Plaintiff
                                        1701 Avenue P
                                        Brooklyn, New York 11229
                                        Office: (718) 395-3459
                                        Facsimile: (718) 408-9570
                                        E-mail: m@maximovlaw.com

So ordered. /s/(ARR), USDJ